UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.
    _____/

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER DENYING STANDBY COUNSEL'S MOTION REQUESTING COMPETENCY EXAMINATION**

    At a hearing held on August 17, 2011, this matter came before the Court on Standby Counsel's motion requesting a competency hearing.  Being fully advised in the premises, having read the pleadings, and for the reasons set forth on the record at the August 17, 2011 hearing, the Court DENIES Standby Counsel's motion.

    SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated:  August 17, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 17, 2011, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager