UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UMAR FAROUK ABDULMUTALLAB,

    Defendant.

                                         /

Case No. 10-20005

Honorable Nancy G. Edmunds

**ORDER ADDRESSING MOTIONS
[88, 89, 90, 97, 98, and 100]**

This matter came before the Court at a hearing held on September 27, 2011. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, the Court hereby:

    1. GRANTS the government's motion for reserved seating in Courtroom for Victims [100] and will provide nine seats for victims;

    2. GRANTS the government's motion *in limine* to preclude expert testimony on mental condition and to preclude duress defense [88];

    3. GRANTS the government's motion to preclude examination at trial as to advice of rights [98];

    4. GRANTS the government's motion *in limine* to admit demonstrative evidence regarding Defendant's explosive device [90];

    5. DENIES AS MOOT Defendant's "Request" [100]; and

    6. GRANTS IN PART and DENIES IN PART the government's motion to admit

evidence [89]. The government's motion is GRANTED as to Al-Qaeda expert, martyrdom expert, video segments (1) and (2), redacted cover page of Summer 2010 *Inspire* magazine and multi-page article about encryption software in Summer 2010 *Inspire* magazine. The government's motion is DENIED as to video segment (3) and all other proffered *Inspire* magazine materials.

    SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: September 27, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 27, 2011, by electronic and/or ordinary mail.

                s/Carol A. Hemeyer
                Case Manager